UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL DEFENSE
NETWORK,

       *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendant*.

Civil Action No. 1:19-cv-03473 (CJN)

## ORDER

Before the Court are Defendant Department of Education's Motion for Summary Judgment, ECF No. 12, and Plaintiff National Student Legal Defense Network's Cross-Motion for Summary Judgment, ECF No. 14. After considering the arguments presented by the Parties in their briefs and conducting a telephonic hearing on the motions, the Court finds that summary judgment is not appropriate based on the current record.

In light of that determination, the Department is permitted to submit a supplemental brief, not to exceed 10 pages, and a supplemental declaration expounding on the issues discussed during the hearing by February 23, 2021. Specifically, the Court invites the Department's supplemental declaration to address the following issues:

(1)     whether the National Students Loan Data System mainframe, referred to in the Second Declaration of Cynthia Hammond, ECF No. 18-2, contained data sets or other information regarding the Gainful Employment program sent from the Social Security Administration ("SSA") to the Department pursuant to 34 C.F.R. § 668.405;

1

(2) whether the Department made only two requests to the SSA for data regarding graduate earnings related to the Gainful Employment program between January 1, 2017, to May 3, 2019, and whether Department employees accessed the National Students Loan Data System mainframe only twice during that same time period;

(3) whether the responsive records the Department produced were germane to the Gainful Employment program and were sent from the SSA to the Department pursuant to 34 C.F.R. § 668.405; and

(4) what method of transmission the SSA used to send data regarding the Gainful Employment program to the Department pursuant to 34 C.F.R. § 668.405.

Plaintiff may submit a supplemental brief, not to exceed 10 pages, by March 9, 2021, responding to the Department's supplemental declaration and brief.

It is so **ORDERED**.

DATE: February 11, 2021

CARL J. NICHOLS
United States District Judge